automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded. Taylor, P. J., dissents. Opinion filed January 18, 1928. Rehearing denied January 30, 1928.

Samuels, Costello & Greenberg and Rose & Symmes, for appellant. James E. McShane and Joseph F. Elward, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

**R. M. Dunn, plaintiff in error, v. Sidney W. Andersen et al., defendants in error. Gen. No. 31,678.**

Judgment affirmed for lack of exception to record after striking out improper bill of exceptions. Error to the Circuit Court of Cook county; the Hon. Walter Brewer, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed January 18, 1928.

Elam H. Johnson, for plaintiff in error. William Friedman, for Sidney W. Andersen, defendant in error.

Mr. Justice Wilson delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. Edith Hocrath, appellee, v. Frank Laprel, appellant. Gen. No. 31,794.**

Bastardy proceedings. Judgment of filiation. Appeal from the Municipal Court of Chicago; the Hon. John A. Sbarbaro, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Reversed and cause remanded. Opinion filed January 18, 1928.

John R. McCabe and Edwin T. Breen, for appellant. Robert E. Crowe, State's Attorney, for appellee; Lee R. LaRochelle and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

---

**Wilson Avenue Bathing Beach Company for use of Josie M. Lydston, appellee, v. North British & Mercantile Insurance Company, Ltd., appellant. Gen. No. 31,826.**

Action on fire insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Reversed and remanded with directions. Opinion filed January 18, 1928.

Hicks & Folonie, for appellant. Wendell H. Shanner, for appellee; Theodore A. Kolb, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

---

**Isaac S. Stern, appellant, v. O. C. Graff et al., appellees. Gen. No. 31,915.**

Bill by architect to enforce mechanic's lien. Dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed January 18, 1928.

Altheimer & Mayer, for appellant; Gideon S. Thompson, of counsel. Benjamin Levering and Elmer H. Heitmann, for appellees.

Mr. Justice Wilson delivered the opinion of the court.